# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| **BILLY YODER on behalf of himself and all others similarly situated** ) ) ) ) ) *Plaintiff* ) ) v. ) Civil Action No. 3:25-cv-07972-SK ) ) ) **PROSPER FUNDING LLC** ) ) *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Seth Kinmont, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Prosper Funding LLC in Sacramento County, CA on September 30, 2025 at 8:48 am at 2710 Gateway Oaks Dr, Ste 150N, Sacramento, CA 95833-3502 by leaving the following documents with Alex Jenkins who as Intake Specialist at CSC Lawyers Incorporating Service is authorized by appointment or by law to receive service of process for Prosper Funding LLC.

002 - Notice - Case Assigned to magistrate Judge Sallie Kim
001-1 Civil Cover Sheet
Summons in a Civil Action
003 - Order Setting Initial Case Management Conference and ADR Deadlines
Class Action Complaint and Jury Trial Demanded

Black or African American Female, est. age 35-44, glasses: N, Black hair, 100 lbs to 120 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=38.6162083333,-121.51637
Photograph: See Exhibit 1

Total Cost: $150.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Yolo County, CA on 9/30/2025.

/s/ *Seth Kinmont*

Seth Kinmont - +1 (310) 623-9172
Registration No.: PS20
Registration County: Yolo

